FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2021 MAR 17 PM 3:40
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-103-VMC-AAS

OMAR AMBUILA

**SEALED**

## MOTION TO SEAL INDICTMENT AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the Money Laundering and Asset Recovery Section of the U.S. Department of Justice Criminal Division, hereby moves the Court to direct the Clerk to seal the Indictment, the file copy of the arrest warrant, the defendant information sheet, this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant. Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Indictment in this case except when necessary to provide certified copies of the Indictment to the Money Laundering and Asset Recovery Section of the U.S. Department of Justice Criminal Division.

The United States further requests that the Court's Order allow the

United States Marshals Service to release certified copies of the arrest warrant to HSI Special Agent Kelly Hite or other appropriate law enforcement, upon verbal request of the Money Laundering and Asset Recovery Section of the U.S. Department of Justice Criminal Division, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

Respectfully submitted,

DEBORAH L. CONNOR
Chief
Money Laundering and Asset Recovery Section

By: */s/ Joseph Palazzo*
Joseph Palazzo, Trial Attorney
MDFL No. 0669666
U.S. Department of Justice, Criminal Division
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 514-1263
joseph.palazzo@usdoj.gov

Dated: March 17, 2021