UNITED STATES DISTRICT COURT 2021 MAR 17 PM 3:50
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:21 cr 103 VMC-AAS

OMAR AMBUILA

## ORDER *SEALED*

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the Money Laundering and Asset Recovery Section of the U.S. Department of Justice Criminal Division.

It is further ordered that upon verbal request from the government that the United States Marshals Service is to release a certified copy of the arrest warrant to HSI Special Agent Kelly Hite or other appropriate law enforcement, as well as Deputy Chief Joseph Palazzo of the Money Laundering and Asset Recovery Section of the U.S. Department of Justice Criminal Division without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information

4

Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant.

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this __17__ day of March, 2021.

_United States Magistrate Judge_

5