UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 21:8-CR-103-VMC-AAS
FILED UNDER SEAL

OMAR AMBUILA

**MOTION TO UNSEAL INDICTMENT**

The United States of America, by and through the undersigned, hereby moves the Court to direct the Clerk to unseal the Indictment. On March 17, 2021, the Grand Jury returned the Indictment and the Court ordered it sealed pursuant to Fed. R. Crim. P. 6(e)(4) and in the interests of law enforcement until the defendant "is taken into custody." Pursuant to a provisional arrest request from the United States, Colombian authorities took the defendant into custody on or about April 23, 2021, where he remains today.

Accordingly, and in preparation for transfer of an extradition request to Colombia, the United States seeks the unsealing and docketing of the Indictment.

Respectfully submitted,

DEBORAH L. CONNOR
Chief
Money Laundering and Asset Recovery Section

By: */s/ Joseph Palazzo*

Joseph Palazzo, Trial Attorney
MDFL No. 0669666
U.S. Department of Justice, Criminal Division
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 514-1263
joseph.palazzo@usdoj.gov

Dated: May 10, 2021