UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-103-VMC-AAS

OMAR AMBUILA

_____/

### ORDER

The United States' Motion to Unseal Indictment is granted. The Clerk is directed to unseal and docket the Indictment.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 11th day of May, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE