UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 21-CR-103-VMC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

OMAR AMBUILA,
    Defendant.
                                /

## UNOPPOSED MOTION TO WITHDRAW

COMES NOW the Defendant, OMAR AMBUILA (hereafter "Ambuila"), by and through his undersigned counsel and moves this Honorable Court for the entry of an Order allowing attorney Alfred A. Izaguirre to Withdraw as Counsel of Record. In support, thereof Ambuila would show:

1. Ambuila has been charged by indictment with Conspiracy to Commit Money Laundering in violation of Title 18 U.S.C. § 1956(h).

2. Undersigned filed a notice of appearance on November 14, 2023. (DE#9).

3. Undersigned has been representing Ambuila since the inception of the case.

4. The attorney client relationship has become nonexistent, and undersigned can no longer continue to represent Ambuila.

5. Undersigned has attempted in good faith to resolve these matters and good cause for withdrawal exists.

6. Irreconcilable differences exist between Ambuila and the undersigned.

WHEREFORE, Ambuila would request this Honorable Court to Allow Attorney Alfredo A Izaguirre to Withdraw as Attorney of Record.

> Respectfully submitted,
>
> */s/Alfredo A. Izaguirre*
> Alfredo A. Izaguirre, Esq.
> 338 Minorca Ave.
> Coral Gables, FL 33134
> Tel:(305)442-0425
> Fax:(305)442-0429
> FL Bar# 13556

## CERTIFICATE OF CONSULTATION

Undersigned has discussed the following motion with AUSA Joseph Palazzo on March 14, 2024, who does not object to the relief sought in this motion.

> */s/Alfredo A. Izaguirre*
> Alfredo A. Izaguirre, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all parties.

> */s/Alfredo A. Izaguirre*
> Alfredo A. Izaguirre, Esq.