UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:21-cr-103-T-33AAS | DATE: April 11, 2024 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Omar Ambuila** | **GOVERNMENT COUNSEL**<br>Joseph Palazzo & Stacie B. Harris<br><br>**DEFENDANT COUNSEL**<br>Victor Daniel Martinez |
| **COURT REPORTER:** Susan Cayler | **DEPUTY CLERK:** |
| **TIME:** 10:30 AM - 10:35 AM<br>**TOTAL:** 5 mins | **COURTROOM:** 14B |

**PROCEEDINGS:** STATUS CONFERENCE

Estimated Length of Trial: 4-5 days

Speedy Trial Waived Through: May 31, 2024

Trial Term: May 2024

Defendant will file a motion to continue with a written waiver of speedy trial.